UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **Notice of Appearance and Request** |
| | : | **for Electronic Notification** |
| - v. - | : | |
| | : | 06 Cr. 150-06 (JSR) |
| JUSTIN GRAUER, | : | |
| | : | |
| Defendant. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                                             Respectfully submitted,

                                                             PREET BHARARA
                                                             United States Attorney for the
                                                             Southern District of New York

                                          by: /s/ Katherine C. Reilly
                                                 Katherine C. Reilly
                                                 Assistant United States Attorney
                                                 (212) 637-6521